UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RASHEED DAVIS                                                                CIVIL ACTION

VERSUS                                                                            NUMBER: 21-0452

STATE OF LOUISIANA, ET AL.                                           SECTION: "F"(5)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's §1983 claims against the State of Louisiana are dismissed without prejudice for want of jurisdiction and that his §1983 claims against the remaining Defendants are dismissed with prejudice under 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this 17th day of May, 2021.

_____
MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE